BRYAN CAVE LLP, #00145700
Robert W. Shely, #014261
Coree E. Neumeyer, #025787
Molly L. Eskay, #028212
Two N. Central Avenue, Suite 2200
Phoenix, AZ  85004-4406
Telephone:  (602) 364-7000
Facsimile:  (602) 364-7070
rwshely@bryancave.com
coree.neumeyer@bryancave.com
molly.eskay@bryancave.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julie Vawter,<br><br>         Plaintiff,<br><br>    vs.<br><br>ReconTrust Company, N.A.; Bank of New York,<br><br>         Defendants. | No. _____<br><br>**NOTICE OF REMOVAL** |

     PLEASE TAKE NOTICE that Defendants ReconTrust Company, N.A. and The Bank of New York Mellon Corporation, erroneously named as Bank of New York, ("Defendants") hereby remove to this Court an action pending in Maricopa County Superior Court, State of Arizona (No. CV2011-097900) pursuant to 28 U.S.C. § 1332 for the reasons set out below:

     1.     On August 22, 2011, Plaintiff filed an action in the Superior Court of the State of Arizona, Maricopa County, entitled <u>Julie Vawter v. ReconTrust Company, N.A., Bank of New York Mellon</u> (No. CV2011-097900).

2. Plaintiff is a borrower who bring this suit after defaulting on her loan obligations. Following Plaintiff's default, The Bank of New York Mellon Corporation initiated foreclosure proceedings on the loan's security: the real property located at 20145 E. Happy Road in Queen Creek, Arizona. A trustee's sale of the property is scheduled for October 6, 2011.

3. Removal of this action is proper under 28 U.S.C. § 1332.

4. To the best of Defendants' knowledge and belief, Plaintiff is a citizen of the State of Arizona.

5. ReconTrust Company, N.A. ("ReconTrust") is a national banking association chartered under the laws of the United States which has its headquarters in, and directs, controls, and coordinates its operations from, the State of California. Therefore, ReconTrust is a citizen of California for diversity purposes. See 28 U.S.C. § 1348; Wachovia Bank v. Schmidt, 546 U.S. 303, 318 (2006) (holding that a national banking association is a citizen of the state designated in its articles of association as its main office).

6. The Bank of New York Mellon Corp. ("BNYM") is a Delaware corporation, and its headquarters and principal place of business are located in the State of New York. For diversity purposes, a corporate party is deemed to be a citizen of the state in which it has been incorporated and the state where it has its principal place of business. 28 U.S.C. §1332(c)(1). Therefore, BNYM is a citizen of both Delaware and New York for diversity purposes.

7. The amount in controversy in this action exceeds $75,000 because Plaintiff seeks, among other relief, a general damages award of $250,000.

8. A true and correct copy of the following documents, as filed with the Maricopa County Superior Court, is attached hereto as Exhibit A: Certificate of Compulsory Arbitration; Complaint; Notice of Pendency of Action (Lis Pendens);

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406

1  Emergency Motion for Temporary Restraining Order; Minute Entry dated September 6,
2  2011; Affidavit of Service of ReconTrust; and Affidavit of Service of BNYM.

3    9.   This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because
4  Plaintiff served ReconTrust with a civil summons and copy of the Complaint on August
5  29, 2011.  Plaintiff served BNYM with a civil summons and copy of the Complaint on
6  August 30, 2011.

7    10.  Defendants have served a copy of this Notice of Removal on Plaintiff in
8  accordance with 28 U.S.C. § 1446(d).

9    11.  A Notice of Filing of Notice of Removal, along with a copy of this Notice,
10 has been filed with the Superior Court Clerk of Maricopa County in accordance with 28
11 U.S.C. § 1446(d) and is attached hereto (without exhibits) as Exhibit B.

12   12.  This Notice is signed pursuant to Federal Rule of Civil Procedure 11 in
13 accordance with 28 U.S.C. §1446(a).

14   13.  Pursuant to Section 1016 of the Judicial Improvements and Access to
15 Justice Act of 1988 ("the Act"), no bond is required in connection with this Notice of
16 Removal.  Pursuant to Section 1016 of the Act, this Notice need not be verified.

17   14.  In the event that Plaintiff seeks to remand this case, or the Court considers
18 remand *sua sponte*, Defendants respectfully request the opportunity to submit such
19 additional argument or evidence in support of removal as may be necessary.

20   DATED this 28th day of September, 2011.

21                                    BRYAN CAVE LLP

23         By     /s/ Molly L. Eskay
               Robert W. Shely
24             Coree E. Neumeyer
               Molly L. Eskay
25             Two N. Central Avenue, Suite 2200
26             Phoenix, AZ  85004-4406

27         Attorneys for Defendants

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406

699071.1:0327324                           3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and mailed a copy to:

Julie Vawter
20145 E. Happy Road
Queen Creek, AZ  85242-8444
Plaintiff Pro Per


 /s/   Cathy Tardy

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

699071.1:0327324

4