IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julie Vawter,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ReconTrust Company, N.A.; Bank of New York,<br><br>　　　　Defendants. | No. 2:11-cv-01916-GMS<br><br>**[PROPOSED]**<br><br>**ORDER**<br><br>(Hon. G. Murray Snow) |

　　　Upon review of the Motion to Dismiss filed by Defendants ReconTrust Company, N.A. and The Bank of New York Corporation, and good cause appearing,

　　　IT IS HEREBY ORDERED granting Defendants' Motion to Dismiss.

　　　IT IS FURTHER ORDERED that this action is dismissed, with prejudice.

699615.1/0327324